UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL L. SISSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:13-cv-882-WTL-TAB |
| | ) |
| ROBERT L. SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Court having granted the Defendants' motion to dismiss, judgment is hereby entered in favor of the Defendants and against the Plaintiff on all claims in the Plaintiff's amended complaint.

SO ORDERED: 05/08/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification